UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Andrea Nasca,<br><br>                Plaintiff,<br>v.<br><br>Northland Group, Inc.; and DOES 1-10, inclusive,<br><br>                Defendant. | Civil Action No.: 1:10-cv-10655-PBS |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Northland Group, Inc. with prejudice and without costs to any party.

| | |
|---|---|
| /s/ Sergei Lemberg | /s/ Andrew Schneiderman |
| Sergei Lemberg, Esq.<br>BBO No.: 650671<br>LEMBERG & ASSOCIATES<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>(203) 653-2250<br>Attorney for Plaintiff | Andrew M. Schneiderman, Esq.<br>Hinshaw & Culbertson LLP<br>One International Place, 3rd Floor<br>Boston, MA 02110<br>(617) 213-7000<br>Attorney for Defendant |

SO ORDERED

## CERTIFICATE OF SERVICE

    I hereby certify that on August 10, 2010, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Sergei Lemberg

                                        Sergei Lemberg